**LEVITT & SLAFKES, P.C.**
515 Valley Street
Suite 140
Maplewood, New Jersey 07079
Tel:(973) 313-1200
Email: blevitt@lsbankruptcylaw.com
**ATTORNEYS FOR DEBTOR**
BY: Bruce H. Levitt, Esq. (BL9302)

Order Filed on July 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| MARK R. DAMSTRA, | : |
| | : Case No.: 17-22723VFP |
| | : |
| Debtor. | : |
| | : |
| | : |

**ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER MISSING DOCUMENTS**

The relief set forth on the following page is Ordered.

**DATED: July 14, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The time for the Debtor to file missing Schedules, the Statement of Financial Affairs, and other missing documents is extended for fifteen (15) days to July 20, 2017.