UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, New Jersey 07040
Tel: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
By: Bruce H. Levitt (BL9302)
Attorneys for Debtor

**Order Filed on July 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mark R. Damstra,

       Debtor.

| | |
|---|---|
| Case No.: | 17-22723 |
| Chapter: | VFP |
| Judge: | 11 |

## ORDER AUTHORIZING RETENTION OF

Levitt & Slafkes, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: July 14, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain    **Levitt & Slafkes, P.C**

as    Counsel for Debtor/Debtor-in-Possession   , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:    515 Valley Street, Suite 140
   Maplewood, NJ 07040

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Mark R Damstra
    Debtor

Case No. 17-22723-VFP
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 14, 2017
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
db            +Mark R Damstra,    610 Adam Street,    Hoboken, NJ 07030-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2017 at the address(es) listed below:
          Bruce H Levitt     on behalf of Debtor Mark R Damstra blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com
          Denise E. Carlon     on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay     on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. james.shay@phelanhallinan.com
          Jonathan C. Schwalb     on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
          Nicholas V. Rogers     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE1 nj.bkecf@fedphe.com
          U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 6