LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07079
Tel:(973) 313-1200
Email: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTOR
BY: Bruce H. Levitt, Esq. (BL9302)

**Order Filed on July 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| MARK R. DAMSTRA, | : |
| | : Case No.: 17-22723VFP |
| | : |
| Debtor. | : |
| | : |
| | : |

**ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL
AFFAIRS AND OTHER MISSING DOCUMENTS**

The relief set forth on the following page is Ordered.

**DATED: July 14, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

```
      The time for the Debtor to file missing Schedules, the

Statement of Financial Affairs, and other missing

documents is extended for fifteen (15) days to July 20, 2017.
```

United States Bankruptcy Court
District of New Jersey

In re:  
Mark R Damstra  
    Debtor

Case No. 17-22723-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 14, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.  
db           +Mark R Damstra,    610 Adam Street,    Hoboken, NJ 07030-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2017 at the address(es) listed below:
         Bruce H Levitt    on behalf of Debtor Mark R Damstra blevitt@levittslafkes.com,
          sslafkes@levittslafkes.com;lspcattorneys@gmail.com
         Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
          YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. james.shay@phelanhallinan.com
         Jonathan C. Schwalb    on behalf of Creditor    SETERUS, INC., as authorized subservicer for
          FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
         Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
          NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE1 nj.bkecf@fedphe.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                            TOTAL: 6