UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on October 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARK R. DAMSTRA,

Debtor

| | |
|---|---|
| Case No.: | 17-22723 (VFP) |
| Hearing Date: | October 17, 2017 |
| Judge: | Vincent F. Papalia |
| Chapter: | 11 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of ___HSBC Bank USA, N.A., as Trustee for Nomura Home___, under
Equity Loan, Inc., Asset-backed Certs., 2006-HE1 (Dkt. No. 24)
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒  Real property more fully described as:

33-1/2 Oak Street, Jersey City, NJ 07307, n/k/a 33 Half Oak Street, Jersey City, NJ 07307

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-22723-VFP
Mark R Damstra                                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1           Date Rcvd: Oct 27, 2017
                       Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db            +Mark R Damstra,    610 Adam Street,    Hoboken, NJ 07030-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
      Bruce H Levitt    on behalf of Debtor Mark R Damstra blevitt@levittslafkes.com,
       sslafkes@levittslafkes.com;lspcattorneys@gmail.com
      David   Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
      Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
       YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. james.shay@phelanhallinan.com
      Jill  Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
       NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
      Jonathan C. Schwalb    on behalf of Creditor    SETERUS, INC., as authorized subservicer for
       FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
      Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
       NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE1 nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
       YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                        TOTAL: 9