LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
T: (973) 313-1200
F: (973) 313-1240
E: blevitt@lsbankruptcylaw.com
By:  Bruce H. Levitt (BL9302)
Attorneys for Mark R. Damstra

**Order Filed on February 28, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re: | : |
|  | : |
|  | : Chapter 11 |
| MARK R. DAMSTRA, | : |
|  | : Case No.: 17-22723 (VFP) |
|  | : |
| Debtor. | : |
|  | : |

ORDER GRANTING LEAVE TO SATISFY MORTGAGE LIEN

The relief set forth on the following page is Ordered.

DATED: February 28, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter having been opened to the Court on Motion of the Debtor for leave to satisfy mortgage lien, and good cause having been shown,

**IT IS HEREBY ORDERED** that:

1.    The Debtor shall pay the sum of $584,078.52, which includes interest and corporate advances, to The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Bear Stearns Asset-Backed Securities Trust 2003-AC3, Asset-Backed Certificates, Series 2003-AC3 in full satisfaction of its mortgage lien on the residential real property located at and commonly referred to as 610 Adams Street, Hoboken, New Jersey 07030-2004.

2.    Upon receipt of the payment set forth in Paragraph No. 1, above, The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Bear Stearns Asset-Backed Securities Trust 2003-AC3, Asset-Backed Certificates, Series 2003-AC3 shall discharge its mortgage on the residential real property located at and commonly referred to as 610 Adams Street, Hoboken, New Jersey 07030-2004 and any lis pendens recorded.