```
LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
T: (973) 313-1200
F: (973) 313-1240
E: blevitt@lsbankruptcylaw.com
By:  Bruce H. Levitt (BL9302)
Attorneys for Mark R. Damstra
```

Order Filed on February 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | : |
| --- | --- |
|  | : Chapter 11 |
| MARK R. DAMSTRA, | : |
|  | : Case No.: 17-22723 (VFP) |
|  | : |
| Debtor. | : |

**ORDER GRANTING LEAVE TO SATISFY MORTGAGE LIEN**

The relief set forth on the following page is Ordered.

DATED: February 28, 2018

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been opened to the Court on Motion of the Debtor for leave to satisfy mortgage lien, and good cause having been shown,

**IT IS HEREBY ORDERED** that:

1. The Debtor shall pay the sum of $584,078.52, which includes interest and corporate advances, to The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Bear Stearns Asset-Backed Securities Trust 2003-AC3, Asset-Backed Certificates, Series 2003-AC3 in full satisfaction of its mortgage lien on the residential real property located at and commonly referred to as 610 Adams Street, Hoboken, New Jersey 07030-2004.

2. Upon receipt of the payment set forth in Paragraph No. 1, above, The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Bear Stearns Asset-Backed Securities Trust 2003-AC3, Asset-Backed Certificates, Series 2003-AC3 shall discharge its mortgage on the residential real property located at and commonly referred to as 610 Adams Street, Hoboken, New Jersey 07030-2004 and any lis pendens recorded.

United States Bankruptcy Court
District of New Jersey

In re:  
Mark R Damstra  
    Debtor

Case No. 17-22723-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 28, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db          +Mark R Damstra,    610 Adam Street,    Hoboken, NJ 07030-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:

         Bruce H Levitt     on behalf of Debtor Mark R Damstra blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com  
         David Gerardi     on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov  
         Denise E. Carlon     on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         James Patrick Shay     on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. james.shay@phelanhallinan.com  
         Jill Manzo     on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
         Jonathan C. Schwalb     on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
         Nicholas V. Rogers     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE1 nj.bkecf@fedphe.com  
         Nicholas V. Rogers     on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. nj.bkecf@fedphe.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                          TOTAL: 9