Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22723−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark R Damstra
   610 Adam Street
   Hoboken, NJ 07030

Social Security No.:
   xxx−xx−0552

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/13/18 at 10:00 AM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by Bruce H Levitt on behalf of Mark R Damstra. Disclosure of Compensation for Attorney For Debtor07/5/2017.Declaration About an Individuals Schedules due 07/5/2017.Chapter 11 Statement of Current Monthly Income (122B) due 07/5/2017. Schedule(s) due 07/5/2017.Statement of Financial Affairs for Individuals due 07/5/2017.Summary of Your Assets and Liabilities and Certain Statistical Information for Individuals due 07/5/2017. Incomplete Filings due by 07/5/2017. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 10/19/2017. (Levitt, Bruce)

Dated: 11/19/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court