Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22723−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mark R Damstra
    610 Adam Street
    Hoboken, NJ 07030

Social Security No.:
    xxx−xx−0552

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/13/18 at 10:00 AM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by Bruce H Levitt on behalf of Mark R Damstra. Disclosure of Compensation for Attorney For Debtor07/5/2017.Declaration About an Individuals Schedules due 07/5/2017.Chapter 11 Statement of Current Monthly Income (122B) due 07/5/2017. Schedule(s) due 07/5/2017.Statement of Financial Affairs for Individuals due 07/5/2017.Summary of Your Assets and Liabilities and Certain Statistical Information for Individuals due 07/5/2017. Incomplete Filings due by 07/5/2017. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 10/19/2017. (Levitt, Bruce)

Dated: 11/19/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Mark R Damstra
    Debtor

Case No. 17-22723-VFP
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 19, 2018
    Form ID: ntchrgbk    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
```
db           +Mark R Damstra,    610 Adam Street,    Hoboken, NJ 07030-2004
aty          +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,    One Penn Center,
               Suite #1400,    Philadelphia, PA 19103-1814
cr           +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr           +THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW Y,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2018 01:18:49
               Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
               Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
```
          Bruce H Levitt    on behalf of Debtor Mark R Damstra blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
           es@gmail.com
          David Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
           NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
          Jonathan C. Schwalb    on behalf of Creditor    SETERUS, INC., as authorized subservicer for
           FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
          Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
           YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```