Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−22723−VFP
                Chapter: 11
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mark R Damstra
    610 Adam Street
    Hoboken, NJ 07030

Social Security No.:
    xxx−xx−0552

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Bruce H. Levitt.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Vincent F. Papalia on,

Date: 1/24/19
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: January 3, 2019
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22723-VFP
Mark R Damstra                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Jan 03, 2019
                             Form ID: 170             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
```
db            +Mark R Damstra,    610 Adam Street,    Hoboken, NJ 07030-2004
cr            +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW Y,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516894982      133 Hopkins Ave. Condominium Association,    Attn: Dennis Grupe,     133 Hopkins Avenue, Unit #1,
                Jersey City, NJ 07306-2547
516894984     +719 Adams Street Condominium Association,    210 Washington Street,     Hoboken, NJ 07030-4709
516894985     +Adam Kessler, Esq.,    Kessler Law, LLC,    354 Eisenhower Parkway,     Plaza I, Suite 2250,
                Livingston, NJ 07039-1056
516894987     +Brian Yoder, Esq.,    Phelan Hallinan Diamond & Jones, PC,     400 Fellowship Road, Suite 100,
                Mt. Laurel, NJ 08054-3437
517108336      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516894991     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516894992     +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box790040,
                Saint Louis, MO 63179-0040
516894993     +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                Saint Louis, MO 63179-0040
516894994     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                S Louis, MO 63179-0040
516894995     +City of Hoboken Tax Collector's Office,    94 Washington Street,     Hoboken, NJ 07030-4556
516894996     +Craig Keiser, Esq.,    Phelan Hallinan Diamond & Jones, PC,     400 Fellowship Road, Suite 100,
                Mt. Laurel, NJ 08054-3437
516894997     +Dolores M. De Almeida, Esq.,    Fein Such Kahn & Shepard, PC,     7 Century Drive, Sutie 201,
                Parsippany, NJ 07054-4603
516894998     +Elizabeth Wassall, Esq.,    Udren Law Offices, PC,    111 Woodcrest Road, Suite 200,
                Cherry HIll, NJ 08003-3620
517084203     +HSBC Bank USA,    2929 Walden Ave C17,    Attn: Business Services,     Depew NY 14043-2690
517018647      HSBC Bank USA, National Association as Trustee,     c/o Wells Fargo Bank, N.A. as servicer,
                Attn: Default Document Processing,    1000 Blue Gentian Road, N9286-01Y,     Eagan MN 55121-7700
516894999     +Hsbc Bank,    P.O. Box 2013,    Buffalo, NY 14240-2013
516895000     +Hudson County Sheriff's Office,    Hudson County Plaza, Room 2001,     257 Cornelison Avenue,
                Jersey City, NJ 07302-3113
517001809     +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,     PO Box 10826,
                Greenville SC 29603-0826
516895003     +PNC Bank,    300 Fifth Avenue,    Pittsburgh, PA 15222-2401
516895008     +SUEZ North America,    461 From Road,    Paramus, NJ 07652-3524
516895004      Seterus, Inc.,    P.O. Box 1077,    Hartford, CT 06143-1077
516895005      Shellpoint Mortgage Servicing,    P.O. Box 7050,    Troy, MI 48007-7050
516895006     +Sonya Chazin, Esq.,    Phelan Hallinan Diamond & Jones, PC,     400 Fellowship Road, Suite 100,
                Mt. Laurel, NJ 08054-3437
516895007     +State of New Jersey-Division of Taxation,    Bankruptcy Section,     PO Box 245,
                Trenton, NJ 08695-0245
516895010     +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517017125      The Bank of New York Mellon, as Trustee,    c/o Wells Fargo Bank, N.A., as Servicer,
                Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
517221813     +United Water,    Jeremy Farrell, Corp Counsel,    City of Jersey City - Law Depart,
                280 Grove St,    Jersey City NJ 07302-3610
516895012      Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: cio.bncmail@irs.gov Jan 04 2019 00:42:31      Dist Dir of IRS,
                Insolvency Function,    PO Box 724,    Springfield, NJ   07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 00:43:24      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 00:43:22      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 00:40:45
                Synchrony Bank c/o PRA Receivables Management, LLC,     Valerie Smith,    PO BOX 41021,
                Norfolk, VA 23541-1021
516894988     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 04 2019 00:40:50      Capital One,
                Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
516894989     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 04 2019 00:40:18      Capital One,
                Attention: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516894990     +E-mail/Text: bkr@cardworks.com Jan 04 2019 00:42:03      Cardworks/CW Nexus,    Attn: Bankruptcy,
                Po Box 9201,    Old Bethpage, NY 11804-9001
516895002     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 04 2019 00:42:21      Kohls/Capital One,
                Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517037431      E-mail/Text: bkr@cardworks.com Jan 04 2019 00:42:03      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516897002     +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 00:40:45      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 03, 2019
                              Form ID: 170             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516895009       +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 00:40:45      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
516895011       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 04 2019 00:42:07
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517134236         FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA).
516901380*       +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                  Philadelphia, PA 19101-7346
516895001*        IRS,    PO Box 7346,   Philadelphia, PA 19101-7346
516894983       ##+1st Fidelity Loan Servicing, LLC,    Attn: S&A Capital Partners, Inc.,
                  2101 NW Corporate Boulevard, Suite 102,    Boca Raton, FL 33431-7343
516894986       ##+Bank Of America,    Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                        TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:
          Bruce H Levitt    on behalf of Debtor Mark R Damstra blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
           es@gmail.com
          David Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
           YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. jpshay@mdwcg.com,
           jpshay@gmail.com
          Jill Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
           NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
          Jonathan C. Schwalb    on behalf of Creditor    SETERUS, INC., as authorized subservicer for
           FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
          Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
           YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```