LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
T: (973) 313-1200
F: (973) 313-1240
E: blevitt@lsbankruptcylaw.com
By: Bruce H. Levitt (BL9302)
Attorneys for Mark R. Damstra

Order Filed on January 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

    MARK R. DAMSTRA,

          Debtor.

Chapter 11

Case No.: 17-22723 (VFP)

**ORDER DISMISSING BANKRUPTCY CASE**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 25, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been opened to the Court on motion of debtor Mark R. Damstra, by and through counsel, Levitt & Slafkes, P.C., for entry of an Order dismissing this Chapter 11 bankruptcy case; and good and sufficient notice having been afforded to all relevant parties; and the Court having conducted hearing on the motion on January 24, 2019; and for good cause shown;

It is hereby **ORDERED** as follows:

1. Chapter 11 Case No. 17-22723-VFP is hereby dismissed pursuant to 11 U.S.C. § 1112(b).

2. The Clerk shall notify all parties in interest of the entry of this Order pursuant to Federal Rule of Bankruptcy Procedure 2002(f).

3. The filing of all outstanding monthly operating reports and the payment of any statutory fees due to the U.S. Trustee program pursuant to 28 U.S.C. § 1930 through the date of this Order shall be brought current within 30 days of the entry of this Order; the United States Trustee reserves all rights, including but not limited to seeking to reopen the case and file a motion to convert the case.

United States Bankruptcy Court
District of New Jersey

In re:  
Mark R Damstra  
     Debtor

Case No. 17-22723-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 25, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2019.  
db            +Mark R Damstra,    610 Adam Street,    Hoboken, NJ 07030-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2019 at the address(es) listed below:
         Bruce H Levitt    on behalf of Debtor Mark R Damstra blevitt@levittslafkes.com,
         sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com
         David Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
         Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. jpshay@mdwcg.com, jpshay@gmail.com
         Jill Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
         Jonathan C. Schwalb    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
         Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE1 nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA ET.AL. nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 9